UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80102-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**JAKARIS WAVELON CLEMONS**,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce Reinhart Following Change of Plea Hearing [ECF No. 24].  On November 1, 2021, Magistrate Judge Reinhart held a Change of Plea hearing during which Defendant pled guilty to the sole count in the Indictment [ECF No. 1] pursuant to a written plea agreement and factual proffer [ECF No. 21].  Magistrate Judge Reinhart thereafter issued a Report and Recommendation on Change of Plea [ECF No. 24].  No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report.  Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 24] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Jakaris Wavelon Clemons as to the sole charge in the Indictment is **ACCEPTED**;

3. Defendant Jakaris Wavelon Clemons is adjudicated guilty of the sole charge in the Indictment, which charges Defendant with possession of a firearm and ammunition by

CASE NO. 21-80147-CR-CANNON

a convicted felon, in violation of 18 U.S.C. § 922(g)(1).

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 30th day of November 2021.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:   counsel of record